UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

ZANE BALLARD                                                                  Case No. 11-3166-PMG
DIANE BALLARD
    Debtor

## DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
___

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest filed an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202; and serve a copy on the movant's attorney, T. Eileen Dolaghan, 2219 Park Street, Jacksonville, FL 32204; Douglas Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201 and any other appropriate persons.

    If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.
___

    COMES NOW the Debtor(s), by and through the undersigned attorney, pursuant to 11 U.S.C. §1129, and moves to modify the confirmed Chapter 13 plan and would state as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on April 29, 2011.

2. A confirmation hearing was held on July 26, 2011 and the court confirmed the debtor's Chapter 13 Plan.

3. The Order Confirming Plan was entered on August 5, 2011.

4. Deadline for all Creditors to file a Proof of Claim was on September 12, 2011.

5. Attached as Exhibit "A" is the Proposed Modified Chapter 13 Plan.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion together with the Proposed Modified Chapter 13 Plan was provided electronically or by U.S. Mail, postage pre-paid, to all creditors and parties in interest on the attached mailing matrix this 19th day of January, 2012.

KING & DOLAGHAN, P.A.

/s/ T. Eileen Dolaghan
Candyce M. King
Florida Bar No, 307210
T. Eileen Dolaghan
Florida Bar No. 193844
*edolaghan@msn.com*
2219 Park Street
Jacksonville, Florida 32204
Phone: 904-387-9886
Fax: 904-387-9862
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          CASE NO.: 11-03166-PMG
ZANE BALLARD
DIANE BALLARD
       Debtor(s).
_____/

## MODIFIED CHAPTER 13 PLAN

COMES NOW, the Debtor(s) and files this Modified Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| **1- 12 (May 2011 – April 2012)** | **$ 1,272.00** |
| **13-60 (May 2012 – April 2016)** | **$ 1,336.00** |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| King & Dolaghan, P.A. | $2,900.00 | $241.68 | 1-12 |
| Administrative Fee | $1,200.00 | $25.00 | 13-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

There are no priority creditors in this case.

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CitiFinancial Mortgage<br>*1st mtg homestead* | $155,933.65 | $714.18 | 1-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CitiFinancial Mortgage<br>*1st mtg homestead* | $12,929.82 | $0.00<br>$269.37 | 1-12<br>13-60 |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America<br>*2008 Ford Ranger* | $16,967.13<br>Value: $10,108.00<br>Total: $11,306.65 to pay this creditor in full satisfaction of this debt. | $188.45 (at 4.5%) | 1-60 |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

There are no executory contracts in this case.

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Property of the Estate revests in the Debtor(s) upon confirmation of the plan.

### Other Provisions:

1. Any claims filed after September 12, 2011, (other than governmental units) shall not receive a distribution under this plan unless specifically provided for above.

2. All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d).

3. *Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorney's fees will be paid or accessible by any secured creditor.* 11U.S.C. Section 1327(a) provides:

> *" The provisions of a confirmed plan bind the debtors and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."*

*Confirmation of the plan shall impose an affirmative duty of the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:*

*(1.) To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a zero balance upon the entry of the Discharge Order in this case.*

*(2.) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default of defaults.*

*(3.) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense ,forbearance, or similar account.*

*ANY POST PETITION COSTS OR EXPENSES INCURRED BY OR ON BEHALF OF ANY SECURED CREDITOR WILL BE DISCHARGED UPON COMPLETION OF THE DEBTOR'S PLAN, UNLESS SPECIFICALLY PROVIDED FOR IN THE CONFIRMATION ORDER, OR BY FURTHER ORDER OF THE COURT ON MOTION FILED PRIOR TO THE COMPLETION OF THE PLAN.*

DATED:  This 19th day of January 2012.

                                                KING & DOLAGHAN, P.A.

                                                <u>/s/ T. Eileen Dolaghan</u>

                                                T. Eileen Dolaghan  
                                                edolaghan@msn.com  
                                                Florida Bar Number 0193844  
                                                2219 Park Street  
                                                Jacksonville, Fl 32204  
                                                904/387-9886; Fax 904/387-9862  
                                                Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:11-bk-03166-PMG<br>Middle District of Florida<br>Jacksonville<br>Wed Jan 18 17:14:35 EST 2012 | United States Bankruptcy Court<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202-4267 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA<br>50368-8971 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Bank Of America<br>Attn: Bankruptcy NC4-105-02-99<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |
| Business Revenue Syste<br>2419 Spy Run Ave Ste A<br>Fort Wayne, IN 46805-3250 | Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citifinancial Mortgage<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Collection<br>Po Box 9133<br>Needham, MA 02494-9133 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Enhanced Recovery Co<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | Florida Department of Education<br>Office of Student Financial Assistance<br>PO Box 7019<br>Tallahassee, Fl 32314-7019 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Ford Motor Credit Corporation<br>Ford Credit<br>Po Box 6275<br>Deerborn, MI 48121-6275 | Gemb/belk<br>Po Box 981491<br>El Paso, TX 79998-1491 | Gemb/jcp<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Medicredit Corp<br>3620 I 70 Dr Se Ste C<br>Columbia, MO 65201-6582 |
| Merchants Assoc Cool D<br>134 S Tampa St<br>Tampa, FL 33602-5396 | Merchants Association Collec<br>P.O. Box 2842<br>Tampa, FL 33601-2842 | Midland Credit Management<br>Po Box 939019<br>San Diego, CA 92193-9019 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Off Of Stu Fin Assista<br>1940 N Monroe St Ste 70<br>Tallahassee, FL 32303-4759 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Superior Mgt<br>Attn: Bankruptcy<br>Po Box 468089<br>Atlanta, GA 31146-8089 | USAA FEDERAL SAVINGS BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |

| | | |
|---|---|---|
| Usaa Federal Savings<br>Po Box 47504<br>San Antonio, TX 78265-7504 | Wells Fargo<br>Attn: Collection Servicing, 1st Floor, M<br>1 Home Campus<br>Des Moines, IA 50328-0001 | Wells Fargo Education Financial Servies<br>301 E. 58th St. N.<br>Sioux Falls, SD 57104-0422 |
| Diane Ballard<br>4812 Oakside Dr<br>Jacksonville, FL 32244-4718 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | T. Eileen Dolaghan<br>King & Dolaghan, P.A.<br>2219 Park Street<br>Jacksonville, FL 32204-4315 |
| Zane Ballard<br>4812 Oakside Dr<br>Jacksonville, FL 32244-4718 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36