UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

ZANE BALLARD and
DIANE BALLARD

Debtors
_____/

CASE NO: 3:11-bk-03166-PMG

Chapter 13

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court without a hearing upon the Debtors' Motion To Modify Confirmed Plan, dated January 19, 2012. The court finds:

1. The motion was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the dated service;
2. No party filed an objection within the time permitted;
3. The Court therefore considers the matter unopposed; and
4. The provisions of Section 1329 of the United States Bankruptcy Code have been met.
Accordingly:

**IT IS ORDERED :**

The Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto. If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court. All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on August 5, 2011 shall remain the same and in full force and effect.

DATED this March ____6____, 2012 in Jacksonville, Florida.

PAUL M. GLENN
United States Bankruptcy Judge

Copies to:
All Interested Parties

# AMENDED EXHIBIT A
## CASE NO: 3:11-bk-03166-PMG
## ZANE BALLARD and DIANE BALLARD
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
|  | TRUSTEE EXPENSES | Priority |  | As set by U.S. Trustee |  |  |
|  | KING & DOLAGHAN, P A | Priority | $4,100.00 | $4,100.00 | $241.68 | 1 - 12 |
|  |  |  |  |  | $25.00 | 13 - 60 |

*Claim Notes: No claim filed.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | MIDLAND CREDIT MANAGEMENT INC | Unsecured | $3,735.26 | $3,735.26 | ProRata | |
| 02 | AMERICAN INFOSOURCE LF AGENT FOR T-MOBILE USA | Unsecured | $578.76 | $578.76 | ProRata | |
| 03 | AMERICAN INFOSOURCE LF AGENT FOR T-MOBILE USA | Unsecured | $131.71 | $131.71 | ProRata | |
| 04 | FLORIDA DEPARTMENT OF EDUCATION | Unsecured | $9,640.52 | $9,640.52 | ProRata | |
| 05 | USAA FEDERAL SAVINGS BANK | Unsecured | $440.62 | $440.62 | ProRata | |
| 06 | BANK OF AMERICA | Secured | $10,108.00 | $11,306.65 | $188.45 | 1 - 60 |

*Claim Notes: Order Grantin Motion To Value*

| | | | | | | |
|---|---|---|---|---|---|---|
| 06 | BANK OF AMERICA | Unsecured | $6,859.13 | $6,859.13 | ProRata | |

*Claim Notes: Order Granting Motion To Value*

| | | | | | | |
|---|---|---|---|---|---|---|
| 07 | WELLS FARGO EDUCATION FINANCIAL SERVICES | Unsecured | $3,531.30 | $3,531.30 | ProRata | |
| 08 | CITIMORTGAGE INC | Secured | $11,001.82 | $11,001.82 | $0.00 | 1 - 12 |
|  |  |  |  |  | $269.37 | 13 - 60 |

*Claim Notes: Mortgage Arrearage.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 08 | CITIMORTGAGE INC | Secured | $115,933.65 | $42,850.80 | $714.18 | 1 - 60 |

*Claim Notes: The 'Amount Allowed' represents the maintenance of payments on this claim while the case is pending as provided for in Section 1322(b)(5).*

| | | | | | | |
|---|---|---|---|---|---|---|
| 09 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $896.71 | $896.71 | ProRata | |
| 10 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $558.98 | $558.98 | ProRata | |
| 11 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $853.00 | $853.00 | ProRata | |

### Debtor Payment Schedule

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| May 29, 2011 | 1 - 12 | $1,272.00 |
| May 29, 2012 | 13 - 60 | $1,336.00 |

Copies to:
Debtors
King & Dolaghan, P A
Douglas W. Neway, Trustee
All Interested Parties